**Order filed April 15, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00240-CR
_____

**FORREST WAYNE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1419699**

---

## O R D E R

The clerk's record was filed March 25, 2014. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the application for writ of habeas corpus filed December 23, 2014.

The Harris County Clerk is directed to file a supplemental clerk's record on or before April 25, 2014, containing the application for writ of habeas corpus filed December 23, 2014.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM